```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOE HAND PROMOTIONS, INC.,   )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:14cv622-MHT
                             )        (WO)
YANCE E. MACLEROY and        )
FIRENZE II, LLC d/b/a Cafe   )
Firenze II,                  )
                             )
     Defendants.             )
```

ORDER OF DEFAULT

Because defendant Firenze II, LLC, d/b/a Cafe Firenze II, was duly served with a copy of the summons and complaint on September 5, 2014, and because defendant Firenze II, LLC, d/b/a Cafe Firenze II, has failed to answer or otherwise defend this action as set out in the application for default (doc. no. 9) filed by plaintiff Joe Hand Promotions, Inc., it is ORDERED that default is entered against defendant Firenze II, LLC, d/b/a Cafe Firenze II.  If plaintiff Joe Hand Promotions, Inc. wants a default judgment, a new motion

to that effect (which sets forth all of the requirements for such) must be filed.

DONE, this the 30th day of October, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**